1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8           **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                        —o0o—

10  LaKENYA BOLDEN,                         CASE NO. 2:08-CV-1481-GEB-EFB

11              Plaintiff,                  **ORDER EXTENDING
                                            PLAINTIFF'S TIME TO RESPOND TO**
12  vs.                                     **DEFENDANT'S ANSWER**

13  MICHAEL J. ASTRUE,
    Commissioner of Social Security,
14
               Defendant.
15  _____/

16       Pursuant to the stipulation of the parties showing good cause for a requested first

17  extension of Plaintiff's time to respond to Defendant's Answer, the request is hereby

18  APPROVED.

19       Plaintiff shall file her response on or before February 26, 2009.

20       SO ORDERED.

21  DATED:  January 27, 2009.

22                                          _____
                                            EDMUND F. BRENNAN
23                                          UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

---
1
STIPULATION AND ORDER  EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER