LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8924
    Facsimile: (415) 744-0134
    E-Mail:Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| LAKENYA R. BOLDEN, ) | CIVIL NO. 08-cv-01481-GEB-EFB |
|     Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
|     v. ) | EXTEND TIME |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
|     Defendant. ) | |

The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's motion be extended from March 30, 2009 to April 30, 2009.

This is defendant's first request for an extension of time to file a response to plaintiff's opening brief. This case was recently reassigned to defendant's counsel who needs the additional time to prepare a response.

                                        Respectfully submitted,

Dated: March 26, 2009                /s/ Ann M. Cerney,
                                        (As authorized this day via telephone)
                                        ANN M. CERNEY
                                        Attorney for Plaintiff

Dated: March 26, 2009                LAWRENCE G. BROWN
                                        Acting United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        /s/ Armand D. Roth
                                        ARMAND D. ROTH)
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

**IT IS SO ORDERED:**

Dated: April 1, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE