IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAKENYA R. BOLDEN,

    Plaintiff,                               No. CIV S-08-1481 GEB EFB

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,        ORDER

    Defendant.

_____/

        On February 10, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff's objections were filed on February 21, 2010, and they were considered by the undersigned.

        This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are

1

reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed February 10, 2010, are ADOPTED;

2. Plaintiff's motion for summary judgment is denied;

3. The Commissioner's cross- motion for summary judgment is granted; and

4. The Clerk shall enter judgment for the Commissioner.

Dated: March 18, 2010

*[signature]*
GARLAND E. BURRELL, JR.
United States District Judge