IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAKENYA R. BOLDEN,

    Plaintiff,                    No. CIV S-08-1481 GEB EFB

    vs.

MICHAEL J. ASTRUE,            ORDER
Commissioner of Social Security,

    Defendant.

_____/

On July 7, 2008, the undersigned granted plaintiff's request to proceed in this action *in forma pauperis*. Dckt. No. 3. Plaintiff has now filed an application to proceed *in forma pauperis* on appeal. Dckt. No. 31. Pursuant to Federal Rule of Appellate Procedure 24(a)(3), "[a] party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization," unless the district court certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis, or unless a statute provides otherwise. Fed. R. App. P. 24(a)(3). Because the district court has not certified that the appeal is not taken in good faith and has not found that plaintiff is not otherwise entitled to proceed in forma pauperis, the application to proceed *in forma pauperis* on appeal, Dckt. No. 31, is denied as unnecessary.

SO ORDERED.

DATED: April 27, 2010.

*[signature: Edmund F. Brennan]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE