BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
LESLIE ALEXANDER (CSBN 256624)
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8927
Facsimile: (415) 744-0134
E-Mail: Leslie.Alexander@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| LAKENYA R. BOLDEN,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>Defendant. | CIVIL NO. 2:08-CV-01481-GEB-EFB<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and<br><br>REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

   On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following actions:

   1. Obtain additional evidence concerning Plaintiff's bulimia, including a consultative examination;

   2. Obtain evidence from a medical expert;

3. Evaluate Plaintiff's bulimia;

4. Re-evaluate the opinions of Dr. Tanson and Dr. Kalman; and

5. Re-assess Plaintiff's credibility.

The parties stipulate that no specific aspect of the ALJ's prior decision is affirmed.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner. Nothing in this proposed order shall be taken to affect Plaintiff's right to request Equal Access to Justice Act (EAJA) attorney's fees under 28 U.S.C. § 2412, or costs under 28 U.S.C. § 1920, or to prevent Defendant from opposing any such requests.

Respectfully submitted,

Dated: February 14, 2011        *s/ Sarah H. Bohr*
                                (As authorized by email)
                                SARAH H. BOHR
                                Attorney for Plaintiff

Date: February 14, 2011         BENJAMIN B. WAGNER
                                United States Attorney

                             By *s/ Leslie Alexander*
                                LESLIE ALEXANDER
                                Special Assistant U. S. Attorney

                                Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: February 15, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE