1    BENJAMIN B. WAGNER
United States Attorney
2    LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3    Social Security Administration
GERALYN A. GULSETH, CA SBN 160872
4    Special Assistant United States Attorney

5       333 Market Street, Suite 1500
San Francisco, California 94105
6       Telephone: (415) 977-8923
Facsimile: (415) 744-0134
7       E-Mail: Geralyn.Gulseth@ssa.gov

8    Attorneys for Defendant

9                 UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11                  **SACRAMENTO DIVISION**

12

13    LAKENYA R. BOLDEN,           )
                                )    CIVIL NO. 2:08-cv-1481-GEB-EFB
14        Plaintiff,             )
                                 )
15            v.                )    STIPULATION AND ORDER
                                 )
16    MICHAEL J. ASTRUE,          )
Commissioner of               )
17    Social Security,              )
                                 )
18        Defendant.           )
                               )

19

20       The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21 attached Order, that Defendant shall have an extension of time of 45 days to respond to Plaintiff's

22 petition for fees under the Equal Access to Justice Act.

23       Counsel for Defendant respectfully requests an extension of time in order to consider a possible

24 settlement of this matter.

25       The current due date is May 23, 2011.  The new due date will be July 7, 2011.

26

27

28

1

Respectfully submitted,

2

Dated: May 18, 2011

/s/ *Ann Cerney*

3

(As authorized via telephone)
ANN CERNEY
Attorney for Plaintiff

4

5

Dated: May 12, 2011

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

6

7

8

/s/ *Geralyn A. Gulseth*

9

GERALYN A. GULSETH
Special Assistant U.S. Attorney

10

Attorneys for Defendant

11

12

ORDER

13

APPROVED AND SO ORDERED.

14

DATED:  May 20, 2011.

15

16

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2 - Stip & Order Extending Def's Time